IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANIEL D. MILLER,

            Plaintiff,

   vs.

UNION   PACIFIC   RAILROAD
COMPANY, a Delaware corporation;

            Defendant.

**8:20CV169**

**ORDER**

IT IS ORDERED that the motion to withdraw/notice of substitution of counsel filed by Torry N. Garland on behalf of Anastasia Wagner, as counsel of record for Defendant, (Filing No. 30), is granted. Anastasia Wagner shall no longer receive electronic notice in this case.

Dated this 16th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge